



F (212) 218-5526

jegan@seyfarth.com
T (212) 218-5291

www.seyfarth.com

May 5, 2021

**VIA ECF**

Hon. Alison J. Nathan
United States District Judge
United States District Court for the Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

**Re:** *Young v. Lackawanna College*, **Civil Action No.: 1:21-cv-02648-AJN**

Dear Judge Nathan:

This firm represents Defendant Lackawanna College ("Defendant") in the above-referenced action. We write, with Plaintiff's consent, to respectfully request an extension of the deadline to respond to the Complaint, up to and including June 11, 2021.

By way of background, Plaintiff filed the Complaint on March 26, 2021. (ECF No. 1.) Defendant was served on April 21, 2021. (ECF No. 7). Accordingly, the present deadline for responding to the Complaint is May 12, 2021. We respectfully request that this deadline be extended up to and including June 11, 2021.

This is the first request for an extension of this deadline which, if granted, will not affect any other scheduled dates. It is not intended to cause undue delay, but instead to facilitate continued discussions among the parties as to a potential non-litigated resolution. The undersigned has communicated with counsel for Plaintiff, and Plaintiff consents to this request.

We thank the Court for its time and attention to this matter, and for its consideration of this application.

**SO ORDERED.**

*[signature: Alison J. Nathan]*

5/11/21



Respectfully submitted,

SEYFARTH SHAW LLP

*/s/ John W. Egan*

John W. Egan

cc: All counsel of record (via ECF)